IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01229-BNB

DARIUS E. WARD, and on behalf of all persons who are and will be in the facility,

    Plaintiff,

v.

SHERIFF GREYSON ROBINSON,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Darius E. Ward, currently is detained at the Arapahoe County Detention Facility in Centennial, Colorado.  Mr. Ward filed *pro se* a civil rights complaint pursuant to 42 U.S.C. § 1983 for money damages and declaratory and injunctive relief.  He was granted leave to proceed pursuant to 28 U.S.C. § 1915 without an initial partial filing fee.

    On June 6, 2012, Magistrate Judge Boyd N. Boland ordered Mr. Ward to file within thirty days an amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure.  Magistrate Judge Boland warned Mr. Ward that, if he failed to file an amended complaint that complied with the June 6 order within the time allowed, the complaint and the action would be dismissed without further notice.

    Mr. Ward has failed, within the time allowed, to comply with the June 6 order or otherwise to communicate with the Court in any way.  Therefore, the complaint and the

action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Ward files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Darius E. Ward, to comply with the pleading requirements of Rule 8 and the directives of the order of June 6, 2012, and for his failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  17th  day of     July    , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court